UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al.,

Plaintiff,

vs.

TRAVELERS CASUALTY & SURETY COMPANY,

Defendant.

C06-1552 RSL

**MINUTE ORDER**

**REASSIGNING CASE**

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, Chief United States District Judge.

All future documents filed in this case must bear the cause number C06-1552 RSL and bear the Judge's name in the upper right hand corner of the document.

Dated this 13th day of December, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk