Honorable Ronald S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY,<br><br>Defendant. | CAUSE NO.: C06-1552RSL<br><br>MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:<br>August 31, 2007** |

Plaintiffs Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional Council of Carpenters (Trust Funds), by and through their counsel of record, hereby move the Court to dismiss this action with prejudice against Defendant Travelers Casualty & Surety Company for the reason that Plaintiff Trust Funds' claim against said Defendant Travelers Casualty & Surety Company for the period December 2005 through March 2006 has been resolved.

MOTION & ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. CV06-1552RSL - PAGE 1 OF 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  DATED this 8th day of September, 2007.

3  s/David L. Tuttle
   WSBA #38728
   Ekman, Bohrer & Thulin, P.S.
   220 W. Mercer, Ste. 400
   Seattle, WA  98119
   Telephone: (206) 282-8221
   Fax: (206) 285-4587
   E-mail: d.tuttle@ekmanbohrer.com
   Attorney for Plaintiff Trust Funds

**ORDER**

Pursuant to Plaintiff Trust Funds' Motion, the Clerk is hereby directed to dismiss Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional Council of Carpenter's action against Defendant Travelers Casualty & Surety Company in accordance with the following Order.  It is hereby

**ORDERED** that the above-entitled action against Defendant Travelers Casualty & Surety Company shall be and hereby is dismissed with prejudice and without costs to either party.

DATED this 4th day of September, 2007.

Robert S. Lasnik
United States District Judge

MOTION & ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. CV06-1552RSL - PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587